✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of** _____

| | |
|---|---|
| Plaintiff (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| V. | |
| Defendant (s), | **CASE NUMBER:** _____ |

Notice is hereby given that, subject to approval by the court, _____ substitutes
(Party (s) Name)

_____ , State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of _____ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: _____

Address: _____

Telephone: _____ Facsimile _____

E-Mail (Optional): _____

I consent to the above substitution.

Date: _____

/s/. Ann Babiarz

/s/. Michael Babiarz

(Signature of Party (s))

I consent to being substituted.

Date: _____

/s/. Steve Schulte

/s/. Darren McDowell

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: _____

/s/. Ken Moll

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**